Case 2:25-cv-00338   Document 8   Filed on 12/19/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 19, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| RUSLAN JOSHOYAN, | § § § |
| Plaintiff, | § § |
| VS. | §   CIVIL ACTION NO. 2:25-CV-00338 § |
| M/V NORDIC LIGHT (IMO: 9436446), | § § § |
| Defendant. | § |

## ORDER TO SEIZE A VESSEL
(Granting D.E.2)

1. Upon review of the Amended Verified Complaint filed herein, counsels' arguments at a hearing today, and in consideration of the law, and particularly Rules C of the Supplemental Rules for Certain Admiralty & Maritime Claims, the Court **ORDERS** that the United States Marshal for the Southern District of Texas:

   A. Seize the **M.V. NORDIC LIGHT (IMO: 9436446)** her equipment and appurtenances;

   B. Serve a copy of the complaint and the warrant for the seizure on the person in possession of the ship or his agent; and

   C. Return the warrant promptly.

2. At the risk and expense of the vessel's interests, normal operations, including cargo handling, may continue aboard the vessel, and it may shift to another berth within the Port of Corpus Christi.

3. The vessel may be released from seizure without a further order of this court if (a) the United States Marshal receives written authorization from the attorney who requested the seizure that he has conferred with attorneys representing all of the parties to the litigation and they consent to the release, (b) the attorney files the consent, and (c) the court has not entered an order to the contrary.

4. **IT IS ORDERED** that the Clerk of this Court issue a Warrant for the arrest of the **M.V. NORDIC LIGHT (IMO: 9436446)**, her equipment, appurtenances, tackle, etc., in rem, on behalf of Plaintiff Hornbeck Offshore Operators, LLC, this Court having determined that the conditions necessary for an action in rem appear to exist.

ORDERED on December 19, 2025.

_____
Julie K. Hampton
United States Magistrate Judge